**Order entered February 6, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00542-CV

## CAROLYN WAID, Appellant

## V.

## TARGET CORPORATION, Appellee

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-18-00729-E

## ORDER

Appellant Carolyn Waid's February 3, 2023 Motion for Extension of Time to File Motion for Rehearing and En Banc Consideration is **GRANTED**. Appellant's Motion for Rehearing and En Banc Consideration, if any, is **ORDERED** filed on or before February 23, 2023.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE